# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** Dec 20, 2019      **CASE:** M-19-680-STE

**TIME IN COURT:** 15 mins      **COURTROOM:** 103

**MAGISTRATE JUDGE SHON T. ERWIN**      **COURTROOM DEPUTY RAVEN McDANIEL**

**UNITED STATES OF AMERICA vs. JEREMIAH D BOUZIDEN**

Defendant States true and correct name as: Same      **AGE:** _____

**Government Cnsl:** Tom Snyder      **Defendant Cnsl:** Richard Anderson

**U.S. Probation Officer:** Amy Jackson      _Court appointed_

- [x] Defendant Appears, _custody of U.S. Marshal with Counsel_      **Interpreter:** N/A
- [ ] Defendant advised of his / her right of consular notification,
- [x] Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.
- [x] Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.
- [ ] Court inquires of Government regarding notification of victim(s) under Justice for All Act.

---

- [ ] Government recommends defendant be released on _____
- [x] Government recommends defendant be detained based on _Risk of Flight and Danger to the Community_
- [ ] Government _____
    - [ ] Upon motion of the Government and request for continuance by _____
    - [x] Detention Hearing is set for _Monday, December 23, 2019 4:00 p.m._
- [ ] Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.
- [ ] Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

---

- [x] Defendant informed of his / her right to a preliminary hearing.
    - [ ] Preliminary hearing waived. Written waiver entered.
    - [ ] Preliminary hearing set for _____
    - [x] Preliminary and detention hearing set for _Monday, December 23, 2019 4:00 p.m._

---

## The Court Orders:

- [ ] The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.
- [x] Defendant temporarily detained pending detention hearing. Written Order entered. Defendant remanded to custody of U.S. Marshal.
- [ ] Defendant released on previously posted bond with conditions per Release Order.
- [ ] Unsecured Bond set at _____ with conditions per Release Order.
- [ ] Secured Bond set at _____ with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.
- [ ] Defendant remanded to the custody of U.S. Marshal pending execution of bond.
- [ ] Defendant remanded to the custody of U.S. Marshal.