# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                                                        )<br>           Plaintiff,                       )<br>                                                        )<br>v.                                                  )     Case No. M-19-680-STE<br>                                                        )<br>JEREMIAH D. BOUZIDEN,          )<br>                                                        )<br>           Defendant.                   ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD: Please take notice that Richard W. Anderson, lawyer, enters his appearance as counsel for Jeremiah D. Bouziden, the Defendant in the above-styled and numbered case. I certify that I am licensed to practice in this Court and that I am registered with the CM/ECF System.

Respectfully submitted,

/s/ Richard W. Anderson
Richard W. Anderson, OBA #10019
1021 N.W. 16th Street
Oklahoma City, OK 73106
(405) 521-9600
(405) 521-9669 [fax]
ra1776@mac.com

Lawyer for Defendant,
Jeremiah D. Bouziden

**Certificate of Electronic Filing and Service**

This is to certify that on this 20th day of December, 2019 I caused the foregoing instrument to be filed with the Clerk of the Court using the ECF System for filing, with electronic service to be made via CM/ECF to Thomas B. Snyder, AUSA, and to all other counsel of record. To counsel's knowledge, there are no non-ECF registrants who are counsel in this case.

/s/ Richard W. Anderson