# CRIMINAL COURTROOM MINUTE SHEET
## PRELIMINARY / DETENTION HEARING

DATE: Dec 23, 2019　　　　　　　　　　　　　　　　　　　　　　　　CASE: M-19-680-STE

TIME IN COURT: 2h 40m　　　　　　　　　　　　　　　　　　　　　　COURTROOM: 103

MAGISTRATE JUDGE SHON T. ERWIN　　　　　　　　　　COURTROOM DEPUTY RAVEN McDANIEL

UNITED STATES OF AMERICA vs. **JEREMIAH D BOUZIDEN**

Defendant States true and correct name as: _____　　AGE: ____

Government Cnsl: **Tom Snyder**　　　　　Defendant Cnsl: **Richard Anderson**

U.S. Probation Officer: **Candice Jones**　　　　　　　　　Court appointed

☒ Defendant Appears, custody of U.S. Marshal with Counsel　　Interpreter: N/A

☐ Defendant advised of his / her right of consular notification, _____

☐ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Parties announce ready.　　☒ Parties provided with a written Pretrial Services Report.

## PRELIMINARY HEARING

☐ Preliminary hearing waived. Waiver entered.

☐ Government introduces evidence with testimony of ____ witness(es) and rests.

☐ Defendant introduces evidence with testimony of ____ witness(es) and rests.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☐ Defendant proffer(s) evidence and rests.

**WITNESSES**
1. Timothy Spratt - Task Force Officer
2. Peggy Estridge - Mother to Defendant
3. _____

☒ The Court finds probable cause that an offense has been committed and that the defendant committed it. Defendant to be held for further proceedings in the District Court.

☐ The Court does not find probable cause that an offense has been committed. Defendant released.

## DETENTION HEARING

☐ Government and Defendant make opening statement.

☐ Government withdraws request for detention and recommends defendant be released on bond with conditions per release Order.

☐ Defendant waives/reserves right to detention hearing. Waiver/Reservation of detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the detention hearing be postponed at this time reserving the right to request a hearing at a later date should dft's circumstances change. Defendant remanded to custody of U.S. Marshal.

☒ Government introduces evidence with testimony of __1__ witness(es) and rests.

☒ Defendant introduces evidence with testimony of __1__ witness(es) and rests.

☐ Government ☐ Defendant offer(s) no further evidence other than that presented for the Preliminary hearing.

☐ Government ☐ Defendant rest(s) without introducing evidence.

☐ Government ☒ Defendant proffer(s) evidence and rests.

☒ Government ☒ Defendant make(s) closing statements.

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☒ Defendant detained pending trial; Detention Order to be entered. Defendant remanded to custody of U.S. Marshal.

☐ Unsecured Bond set at _____ with conditions per Release Order.

☐ Defendant remanded to the custody of U.S. Marshal pending execution of bond.

☐ Defendant remanded to the custody of U.S. Marshal.

SR-10-2019